14-15-00641-CV

THE STATE OF TEXAS )
County OF BRAZORIA ) S.S. Affidavit

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

SEP 24 2015

CHRISTOPHER A. PRINE
CLERK

MAILED

I Jimmy Diaz, am over the age of 18 years ink old, and compent to make this affidavit pursant to 28 U.S.C. § 1746, I am in confinment Texas department of Criminal Justice institutional Division T.D.C.J-CID #1737301, Affiant has read the Vernons Anntotated Tex. Civ. Proc. And Remedies Code Chapter 14.006.(f) Attachies his Exhibit A. Statments are true and Correct to the best of my Knowledge EXECUTED Signed on this day.

DATED: September 21,2015

Respectfully submitted
Jimmy Diaz
Jimmy Diaz #1737301
Ramsey Unit
1100 F.M. 655
Rosharon, TX 77583

affidavit Certified Copy of the trust fund Account required TR.C.P. Code 14.006(f) pq 1 of 2 Attachs Exhibit A.

1.

# I.

## STATEMENT OF FACTS

1. I, Jimmy Diaz, being detained T.D.C.J-CID #1737301, custody TEXAS state Prison at the Ramsey I Unit I am entitled by law to Proceeding in formal pauperis in the alternative with accordance with §§ 14,006 And 14,001(b) § 14,002(a) inability to pay costs.

2. Affiant mr. Diaz attaches his inmate trustfund account 14,006(f) Certificate of service Print out I am indigence have no money beleive I'm entitled to redress in the interest of Justice to further proceeding Case No. 14-15-00-641-CV. Styled Diaz V. A.m. Stringfellow, et al. (Attaches Exhibit A.)

Submitted

_Jimmy Diaz_

affidavit certified copy of the trustfund account required T.C.P.R. Code 14006(f), pg 2 of 2, END. Exhibit A.

(2)

```
CSINIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE        09/21/15
R115/RPA6567                 IN-FORMA-PAUPERIS DATA               05:55:10
TDCJ#: 01737301 SID#: 03213784 LOCATION: RAMSEY       INDIGENT DTE: 01/21/14
NAME: DIAZ,JIMMY                          BEGINNING PERIOD:
PREVIOUS TDCJ NUMBERS: 00475593 00721195 01201534
CURRENT BAL:         0.00 TOT HOLD AMT:         0.00 3MTH TOT DEP:
6MTH DEP:                 6MTH AVG BAL:             6MTH AVG DEP:
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS



PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
                                - - - - - - - - - - - - - - - - -
                                NO BANKING ACTIVITY
                                WITHIN THE PAST 6
                                MONTH PERIOD.
                                - - - - - - - - - - - - - - - - -
```

STATE OF TEXAS COUNTY OF BRAZORIA
ON THIS THE 21st DAY OF September, 2015, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



ROSLYN D.
PAIGE
Notary Public, State of Texas
My Commission Expires
4-25-19

Exhibit A.

Tommy Davis #1737301
Ramsey Unit I
1100 F.m. 655
Rosharon TX 77583

Christoper Prine Clerk
FOURTEENTH Court of Appeals
301 Fannin Suite 245
Houston Texas 77002

